1
BENJAMIN B. WAGNER
United States Attorney
2
CHRISTIAAN H. HIGHSMITH
Assistant U.S. Attorney
3
501 I Street, Suite 10-100
Sacramento, CA  95814
4
(916) 554-2700

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        ) CASE NO.  2:13-CR-00166-LKK
                                      )
12                    Plaintiff,      ) GOVERNMENT'S MOTION TO DIMISS THE
                                      ) INDICTMENT AS TO DEFENDANT RAUL
13        v.                          ) MAGANA ; ORDER
                                      )
14   RAUL MAGANA,                     )
                                      )
15                    Defendant.      )
                                      )
16   _____)

17                                  **ORDER**

18        For the reasons set forth in the motion to dismiss filed by

19   the United States, **IT IS HEREBY ORDERED** that:

20        1.  Count Four of the Indictment in Case No. 2:13-CR-00166-LKK

21            as to defendant RAUL MAGANA is hereby DISMISSED pursuant to

22            Federal Rule of Criminal Procedure 48(a) without prejudice.

23        2. The United States Marshal's Office is directed to release

24            RAUL MAGANA immediately.

25

DATED: May 7, 2013
26
                                    _____
27                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
28                                  UNITED STATES DISTRICT COURT

                                       1